IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BECKIE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV156 |
| | ) | |
| ECLIPSE SENIOR LIVING, INC. and ELMCROFT OF FLORENCE, LP, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

LORETTA C. BIGGS, District Judge.

Plaintiff Beckie Johnson brings this action alleging age discrimination in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*; wrongful discharge in violation of N.C. Gen. Stat. § 143-422.2; and wrongful discharge in violation of North Carolina public policy. (ECF No. 3 ¶¶ 27–31.) This matter is before the court on the motion of Defendants Eclipse Senior Living, Inc. and Elmcroft of Florence, LP to compel arbitration pursuant to an arbitration provision in Plaintiff's employment contract and the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* (ECF Nos. 13; 14 at 1–2.) Defendants ask that this action either be dismissed or stayed pending arbitration pursuant to 9 U.S.C. § 3. (ECF No. 13.) Plaintiff notifies the Court that she consents to Defendants' motion and, further, that Defendants agree to a stay of this action rather than dismissal. (ECF No. 16 at 1 & n.1.) The

Court will therefore grant Defendants' motion to compel arbitration and stay this action pending that arbitration.

For the reasons stated herein, the Court enters the following:

### ORDER

**IT IS THEREFORE ORDERED** that Defendants' Motion to Compel Arbitration, (ECF No. 13), is **GRANTED.** The Court compels this case to arbitration and stays this matter until completion of the arbitration.

**IT IS FURTHER ORDERED** that counsel shall file a joint status report of arbitration every ninety (90) days and notify the Court of any arbitration award within seven (7) days after arbitration has concluded. Failure to file such reports may result in dismissal.

This, the 9th day of May 2023.

/s/Loretta C. Biggs
United States District Judge

2

Case 1:22-cv-00156-LCB-LPA   Document 18   Filed 05/09/23   Page 2 of 2